UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES WILLIAMS, | Case No. 2:17-cv-01355-RFB-NJK |
| Petitioner, | ORDER |
| v. | |
| JOE LOMBARDO, et al., | |
| Respondents. | |

Before the court is petitioner James Williams' *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 19, 2018, the court issued an order denying Williams' application to proceed *in forma pauperis* and directing him to pay the $5.00 filing fee within thirty days (ECF No. 3). That order was served via U.S. Mail on petitioner at his address of record. On June 28, 2018, that order was returned by the U.S. Postal Service as undeliverable (ECF No. 4).

Pursuant to Local Rule IA 3-1, a *pro se* litigant is required to immediately file written notification of any change of mailing address or other contact information. Accordingly, as petitioner has failed to file written notification of change of address with the court and has failed to pay the filing fee as directed, this action is dismissed.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: August 2, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE